UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHUMENER ODSON & OH LLP,

                                  Plaintiff,

-v-

JOHN I. BRALOWER, IRON STONE GROUP LLC,
RYNWOOD MANAGEMENT LLC, THOMAS
BRALOWER, *and* DOES 1–10,

                                  Defendant.

26 Civ. 798 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 9, 2026, this Court ordered plaintiff to show cause, by April 23, 2026, as to why the above-captioned action should not be dismissed for failure to prosecute. Dkt. 21. On April 23, 2026, plaintiff stated that the affidavits of service filed on the docket of the case, Dkts. 19–20, reflected service on a "building doorman who may not reside at the dwelling or abode of the [defendants] under Rule 4(e)(2)(B)." Dkt. 22. Because the time limit for service under Federal Rule Civil Procedure 4(m) has not passed, and plaintiff represents that it is "attempting to properly serve" defendants, the Court discharges plaintiff from taking further steps to comply with its April 9, 2026 Order.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 27, 2026
      New York, New York