UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHUMENER ODSON & OH LLP,

                                        Plaintiff,                    26 Civ. 798 (PAE)
                        -v-
                                                                      ORDER
JOHN I. BRALOWER, IRON STONE GROUP LLC,
RYNWOOD MANAGEMENT LLC, THOMAS
BRALOWER, *and* DOES 1–10,

                                        Defendant.

PAUL A. ENGELMAYER, District Judge:

On April 24, and April 30, 2026, plaintiff in the above-captioned case served defendant John I. Bralower and Thomas Bralower, respectively. Dkts. 25–26. Defendant Thomas Bralower's deadline to answer or otherwise respond was May 15, 2026. Dkt. 25. Defendant John I. Bralower's deadline to answer or otherwise respond was May 21, 2026. To date, neither plaintiff has responded to the complaint or appeared in this action. Plaintiff has not filed a motion for default judgment against defendants, and no progress has otherwise been made in this case.

Accordingly, it is hereby ORDERED that plaintiff shall show cause by June 17, 2026 why the above-captioned action should not be dismissed for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff may show cause by properly submitting a motion for default judgment, pursuant to the Court's Individual Rules, which requires obtaining a certificate of default issued by the Clerk of Court prior to filing a motion for default judgment. Failure to submit a timely and proper motion for default judgment may result in dismissal without prejudice of this case under Rule 41.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 3, 2026
       New York, New York